1  NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
   State Bar #CA 117234
2  WILLIAM B. COSSITT, #3484
   Office of the United States Trustee
3  300 Booth Street, Room 3009
   Reno NV  89509
4  Telephone: (775) 784-5335
   Fax: (775) 784-5531
5

6  Attorneys for United States Trustee
   Tracy Hope Davis
7

8              UNITED STATES BANKRUPTCY COURT

9                    DISTRICT OF NEVADA

10

11                                          Case No.: BK-N-16-50018-btb
                                            Chapter:  7
12
                                            MOTION TO DISMISS CASE PURSUANT
13                                          TO 11 U.S.C. §707(b)(3) ABUSE

14  In Re:
                                            Hearing Date: May 4, 2016
15  EUGENE P. DISIMONE and                  Hearing Time: 2:00 p.m.
    LAURA A. DISIMONE,                      Est. Time:  10 min.
16

17                          Debtors
    _____

18  TO THE HONORABLE BRUCE T. BEESLEY, UNITED STATES BANKRUPTCY JUDGE:

19         Tracy Hope Davis, the United States Trustee for Region 17 (hereinafter "US Trustee") by

20  and through her undersigned counsel, hereby moves the Court for an order dismissing the above-

21  captioned case, or alternatively converting the case to chapter 13 or 11 with the Debtors' consent,

22  pursuant to the abuse provisions of 11 U.S.C. § 707(b)(3) (abuse under totality of the

23  circumstances).  This Motion is made and based upon the following points and authorities, the

24  Declaration of Robbin Little and the Exhibits attached hereto, and any evidence to be introduced

25  at the hearing.  The US Trustee requests the Court take judicial notice of the pleadings and

26

27

28                                     1

papers on file herein.  The US Trustee also requests entry of the discharge of the Debtors be stayed while this Motion is pending pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 4004(c).

**POINTS AND AUTHORITIES**

**I.  Introduction**

Under the totality of the circumstances test of 11 U.S.C. § 707(b)(3)(B) the Debtors have monthly disposable income of $2,354 to $3,458 and the ability to pay a significant portion of their scheduled unsecured debts.  This case is an abuse of the Bankruptcy Code and dismissal of the case is warranted.

**II. Statement of Relevant Facts**

1.  The Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code on January 7, 2016.

2.  The first meeting of creditors pursuant to 11 U.S.C. §341 was held on February 4, 2016 and concluded.  The deadline for the US Trustee to file a motion to dismiss this case pursuant to 11 U.S.C. §707(b) is April 4, 2016.

3.  The Debtors filed their Schedule of Income (I) on January 7, 2015 with their Petition. A copy of Debtors' Schedule I is attached hereto as Exhibit "A".  The Debtors' income is understated by $1,142 per month.   Eugene P. DiSimone received a quarterly bonus of $13,704 on January 29, 2016. Little Declaration, Exhibit H.   The Debtors' annual income including the bonus is $138,564 and is $82,155 above the median income for a household of two which is $56,409.  A Schedule I including the Debtors' bonus has been prepared.  Little Declaration, Exhibits H & I.  The Debtors' annual income excluding the bonus is $124,860 and is $68,451 above the median income. Schedule I, Exhibit "A" hereto.

4.   Debtor Eugene DiSimone is employed at Bertra Manufacturing as General Manager and has been there since August 31, 2015.   Laura DiSimone is a property manager for All American Storage and has been there since September, 2015.  Schedule I, Exhibit "A" hereto.

5.   The Debtors filed their Schedule of Expenses (J) on January 7, 2016 with their Petition.  A copy of the Debtors' Schedule J is attached hereto as Exhibit "B".

6.  The US Trustee has prepared a Schedule J to reflect more reasonable expenses and has used the IRS National Standards for Allowable Living Expenses for a household of two in Washoe County, Nevada.  Little Declaration, Exhibit J thereto.   The expenses changed are as follows:

a. Mortgage expenses:  The Debtors own their home and scheduled a monthly payment of $1,365.42.  This amount has not changed.

b. Utilities/non-mortgage-rent expenses:    This was decreased.   These expenses include maintenance, repairs, gas and electric, water, heating oil, garbage collection, telephone and cell phone.  The IRS local standard for utilities and non-mortgage expenses for a household of two in Washoe County, Nevada are $565 and is the amount used by the US Trustee.   The Debtors scheduled $913.

c. Food and housekeeping supplies:  This was decreased from $1,500 to $654.  The IRS National Standard for food and housekeeping supplies for a household of two is $654.

d. Clothing, laundry and dry cleaning: This was decreased from $400 to $162 which is the IRS National Standard for a household of two;

e. Transportation: This was decreased from $1,200 to $472 which is the IRS National Standard for two vehicles in the Western Region.  Based upon the spreadsheet provided by the

Debtors, their gas expense averaged $140 per month for the period of October 1, 2015 through February 26, 2016. Little Declaration, Exhibits F & K;

     f. Recreation and Entertainment: This was increased. The IRS National Standards do not have a category for recreation but they do have a category for miscellaneous. The IRS National Standards for miscellaneous expenses for a household of two is $251 and is the amount used by the US Trustee. The Debtors scheduled $100 for recreation;

     g. Installment payments: The Debtors scheduled $2,500[1] per month for taxes owed to the IRS. The Debtors provided a statement showing a balance due of $40,965 for taxes owed for 2013 and 2014. Little Declaration, Exhibit D. Under a 5 year plan, in either ch. 13 or ch. 11, IRS debt will be paid pro-rata with the other unsecured creditors.

     h. Installment or Lease Payments: The Debtors scheduled payments of $252 for a 2004 BMW, $306 for a 2011 Triumph motorcycle, and $142 for a 2008 Piaggio scooter. Schedule J, Exhibit "B" hereto. They scheduled secured claims on the motorcycle and scooter of $1,208 and $399 respectively. Schedule D, Docket #1, pg. 26, Exhibit "C" hereto. It is not reasonable for the Debtors to make payments on "toys" such as a motorcycle and scooter while paying their creditors nothing. Further, the payments on the motorcycle and scooter should be paid in full by the time this Motion is heard. The US Trustee has only used an installment payment of $252 for the Debtors' 2004 BMW in calculating monthly disposable income.

---

[1] The Debtors were asked to provide documentation to support the figure of $2,500 per month for back taxes. Little Declaration, Exhibit B. They responded by letter stating the $2,500 was an estimate and the payments are still in negotiations with the IRS. Little Declaration, Exhibits C & D. The Debtors' Means Test Form at line #35, listed priority tax claims of $40,965 and a monthly payment of $683. Means Test Form, Docket #4, pg. 10.

A more reasonable Schedule J has been prepared and when the Debtors' more accurate income is deducted from their more reasonable expenses, they have between $2,354 and $3,458 in monthly disposable income.  Schedule I, Exhibit "A" and Little Declaration, Exhibits I & J.

7.    The Debtors' Schedule D lists four secured claims for:  1) a 2011 Triumph Motorcycle; 2) a 2008 Piaggio Scooter; 3) a 2004 BMW; and 4) a first deed of trust on their residence.   They lists unsecured priority claims of $40,965 and their unsecured non-priority claims total $444,968 made up primarily of $405,000 for a pending lawsuit.  A copy of the Debtors' Schedules D, E, and F are attached hereto as Exhibit "C".  The Debtors have, under penalty of perjury, identified the nature of their debts as "Consumer/Non-Business" on their Petition. Exhibit "D" hereto.

8.    Using the US Trustee's more accurate Schedule I income and more reasonable Schedule J expenses, the Debtors have monthly disposable income of $2,354 and $3,458 and can pay between $141,240 and $207,480 towards their scheduled unsecured debts over 60 months. Schedule I, Exhibit "A" and Little Declaration, Exhibits I & J.

## II. Discussion

Pursuant to Federal Rule of Bankruptcy Procedure 1017(e), a motion to dismiss pursuant to 11 U.S.C. §707(b) must be brought by the US Trustee within 60 days of the date first set for the § 341(a) meeting of creditors.  The Debtors' §341(a) meeting was first set for February 4, 2016; the deadline for filing a §707(b) motion is April 4, 2016.  In accordance with Federal Rule of Bankruptcy Procedure 4004(c) the entry of the discharge of the Debtors is stayed while this Motion is pending.

The Bankruptcy Code at 11 U.S.C. §707(b)(1), provides that on motion by the United States trustee, the court "may dismiss a case filed by an individual debtor under this chapter

1    whose debts are primarily consumer debts, or, with the debtor's consent, convert such a case to a

2    case under chapter 11 or 13 under this title, if it finds that the granting of relief would be an

3    abuse of the provisions of this chapter."  The guidelines for a finding of abuse are provided

4    within 11 U.S.C.  §707(b)(2) presumption of abuse and 11 U.S.C.  §707(b)(3) totality of the

5    circumstances.  Therefore, two issues are to be addressed.  First, are the Debtors' debts primarily

6    consumer debts; and, secondly, would the granting of relief to the Debtors be an abuse of this

7    chapter?

8            A.    The Debtors' Debts are Primarily Consumer Debts.  "Consumer debt", as defined

9    by 11 U.S.C. §101, is "debt incurred by an individual primarily for a personal, family or

10   household purpose."  When more than one-half of a debtor's debts are consumer debts, the

11   requirement for "primarily" consumer debts is met.  In re Kelly, 841 F. 2d 908, 913 (9th Cir.

12   1988); In re Price, 353 F.3d 1135 (9th Cir. 2004).  As noted above, the Debtors, under penalty of

13   perjury, have identified their debts as consumer in nature.  Exhibit "D" hereto.

14          B.    The Granting of Relief to the Debtors Would be an Abuse of Chapter 7 of the

15   Bankruptcy Code. 11 U.S.C. § 707(b) as amended by the Bankruptcy Abuse Prevention and

16   Consumer Protection Act of 2005 (hereinafter "BAPCPA") replaced dismissal based upon

17   "substantial abuse" with a mere "abuse" standard.  With the enactment of BAPCPA, the

18   presumption in favor of granting the debtor relief was also dropped.

19          In determining whether providing chapter 7 relief to a debtor would constitute abuse

20   under 11 U.S.C. § 707(b)(3), bankruptcy courts must consider the "totality of the circumstances"

21   of the debtor's "financial situation."  11 U.S.C. § 707(b)(3)(B).

22          The language, "totality of the circumstances", was added by the BAPCPA.  However, the

23   "totality of the circumstances" test for abuse existed pre-BAPCPA.  See, e.g., In re Price, 353

F.3d 1135, 1139-40 (9th Cir. 2004).  Where Congress uses a term with "settled meaning" in the courts, "Congress presumably knows and adopts ... the meaning its use will convey to the judicial mind unless otherwise instructed."  Beck v. Prupis, 529 U.S. 494, 500-01 (2000).

Under the "totality of the circumstances" test, a court must evaluate the totality of the debtor's financial situation, including the debtor's assets, liabilities, reasonable expenses, and the debtor's current and future income.  An inquiry into the totality of a debtor's financial circumstances is a "fact-intensive determination".  Hebbring v. U.S. Trustee, 463 F.3d 902, 907-08 (9th Cir. 2006).  The determination of whether the debtor has the ability to repay a meaningful portion of his debts is the primary factor in determining abuse under the "totality of circumstances" test.  See, e.g., In re Price, at 1140; In re Kelly, at 914.  Further, the finding that the debtor has the ability to pay a meaningful portion of his debts is, by itself, sufficient for a finding of abuse.  In re Price, at 1140; In re Kelly, at 915.  Therefore, post BAPCPA, if the debtor can pay a meaningful portion of his debts, then the debtor's case merits dismissal under §707(b)(3)(B).  In re Ransom v. FIA Card Services, 131 S.Ct. 716,721 (U.S. Jan. 11, 2011).

In this case, the Debtors meet several of the "totality of circumstances factors" including having the ability to pay between $2,354 and $3,458 per month:

1.  The Debtors have sufficient disposable income.  When the Debtors' more reasonable expenses are deducted from their more accurate Schedule I income, they have between $2,354 and $3,454 in monthly disposable income.  Schedule I, Exhibit "A" and Little Declaration, Exhibits I & J.  This disposable income would pay between $141,240 and $207,480 towards their scheduled unsecured debts over five years.

2.  The Debtors have a likelihood of sufficient future income.  The Debtors are currently employed full time and their projected income for 2016 is $138,564.  Little Declaration, Exhibits

H & I.   Their current income of $138,564 is $82,155 over the median income for a household of two, which is $56,409.   Little Declaration, Exhibits H & I.   Historically, the Debtors gross income for 2013 and 2014 was $116,396 and $123,830 respectively.   Statement of Financial Affairs, Docket #1, pg. 46.   The Debtors have not provided a copy of their 2015 tax return at this time.

3.   The Debtors' proposed budget is excessive and extravagant in light of their financial condition.   The Debtors scheduled $1,500 per month for food and housekeeping supplies for a household of two.   This is more than double the IRS Standard which is $654.

During the period of October 1, 2015 and February 26, 2016, the Debtors financially assisted their family members averaging $834 per month and made payments averaging $500 per month towards their motorcycle and scooter.   They also pay their adult son's travel trailer storage fees.   Schedule J Expenses, Exhibit "B" hereto and Little Declaration Exhibits E, F, & K.

The Debtors scheduled $2,500 per month for payments on back taxes of $40,965 which would be paid with the other unsecured creditors in a ch. 11 or ch. 13 plan.

It should be noted that the Debtors' Statement of Financial Affairs #18, the Debtors stated they paid family support to their grandchildren in Canada averaging $1,400 per month and they paid family support to their brother averaging $850 per month. Docket #1, pg. 49, #18 Statement of Financial Affairs.

4.   Debtor Eugene DiSimone's employment contract states he is eligible for the following:

- An annual salary of $100,000;

- Incentive Pay based on the company's earnings, paid quarterly;

- Equity Option: 10% equity position at the end of year one;

- Severance package;

-Benefits: two weeks' vacation, 6 paid holidays, Company Healthcare coverage of 80% for you, your spouse and dependents.

The Debtors scheduled monthly health insurance expenses of $1,489 which seems high in light of their 80% Company Healthcare coverage.

A copy of the Employment Contract has not been attached but is available for review by the Court.

5. The Debtors failed to disclose a lawsuit filed January 7, 2016, hours after filing their chapter 7 bankruptcy. Little Declaration, Exhibit M.

It appears the Debtors filed this bankruptcy because of a pending lawsuit which the Debtors have now filed a complaint asking to be discharged of their liability. It should be noted that nothing has happened to reduce the Debtors current income of $124,860 to $138,564. Going forward, the Debtors have monthly disposable income of $2,354 and $3,458 to fund a ch. 11 or ch. 13 plan.

In the event the Debtors file amended schedules of income and/or expenses subsequent to the filing and service of this Motion that assert substantial changes to the original schedules, the US Trustee reserves the right to request a continuance of the hearing on this Motion to provide for additional formal discovery and an evidentiary hearing.

## **CONCLUSION**

For the reasons identified above, abuse exists in this case pursuant to 11 U.S.C. §707(b)(3)(B). The Debtors are capable of paying $141,000 to $207,000 towards their scheduled unsecured debts and those debts are primarily consumer in nature. These facts require a finding

by the Court that granting the requested relief to the Debtors would be an abuse of this chapter of the bankruptcy code.

WHEREFORE it is respectfully requested the Court enter an Order dismissing the above-entitled case pursuant to 11 U.S.C. §707(b)(1) and §707(b)(3)(B) and for such other and further relief as the Court deems appropriate.

DATED this 4th day of April, 2016.

Respectfully submitted,

Nicholas Strozza
State Bar # CA 117234
Assistant United States Trustee
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335

/s/ NICHOLAS STROZZA
_____
Attorney for United States Trustee
Tracy Hope Davis

10

CERTIFICATE OF SERVICE

I, ROBBIN LITTLE, under penalty of perjury declare:  That declarant is, and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action; that on April 4th, 2016, I served a copy of the foregoing MOTION TO DISMISS CASE on the following parties:

☑    a. ECF System (attach Notice of Electronic Filing or list of persons & addresses):

- WILLIAM D COPE    william@copebklaw.com
- JERI COPPA-KNUDSON    renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

☑    b. U.S. Mail, postage fully prepaid (list persons and addresses):

EUGENE P DISIMONE
LAURA A DISIMONE
17810 THUNDER RIVER DRIVE
RENO, NV 89508

Joshua Cape
1025 Humite Lane
Reno, NV  89506

I declare under penalty of perjury that the foregoing is true and correct.

Signed: April 4, 2016.

/s/ Robbin Little
ROBBIN LITTLE



| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **EUGENE P DISIMONE** |
| Debtor 2 (Spouse, if filing) | **LAURA A DISIMONE** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Describe Employment** |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | GENERAL MANAGER | PROPERTY MANAGER |
| Employer's name | | BETRA MANUFACTURING COMPANY | ALL AMERICAN STORAGE |
| Employer's address | | 45 AFFOSNO DRIVE CARSON CITY, NV | 1901 W. 4th STREET RENO, NV |
| How long employed there? | | 3 MONTHS | 4 MONTHS |

| **Part 2:** | **Give Details About Monthly Income** |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- | --- |
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ | 8,333.35 | $ | 2,071.92 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ | 0.00 | +$ | 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ | 8,333.35 | $ | 2,071.92 |

Official Form 106I                                Schedule I: Your Income                                page 1

Debtor 1    **EUGENE P DISIMONE**
Debtor 2    **LAURA A DISIMONE**                                   Case number (if known) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................. | 4. | $      8,333.35 | $      2,071.92 |

5.  **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $      1,673.14 | $      227.36 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $      0.00 | $      0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $      0.00 | $      0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $      0.00 | $      0.00 |
| 5e. | Insurance | 5e. | $      0.00 | $      0.00 |
| 5f. | Domestic support obligations | 5f. | $      0.00 | $      0.00 |
| 5g. | Union dues | 5g. | $      0.00 | $      0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $      0.00 + | $      0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $      1,673.14 | $      227.36 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $      6,660.21 | $      1,844.56 |

8.  **List all other income regularly received:**

| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $      0.00 | $      0.00 |
|---|---|---|---|---|
| 8b. | Interest and dividends | 8b. | $      0.00 | $      0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $      0.00 | $      0.00 |
| 8d. | Unemployment compensation | 8d. | $      0.00 | $      0.00 |
| 8e. | Social Security | 8e. | $      0.00 | $      0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $      0.00 | $      0.00 |
| 8g. | Pension or retirement income | 8g. | $      0.00 | $      0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $      0.00 + | $      0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $      0.00 | $      0.00 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $      6,660.21 + | $      1,844.56 = | $      8,504.77 |
|---|---|---|---|---|---|

11.  **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                           11. +$      0.00

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                           12.  $      8,504.77

**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**
■   No.
☐   Yes. Explain: _____



**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **EUGENE P DISIMONE** |
| Debtor 2 (Spouse, if filing) | **LAURA A DISIMONE** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**      ■ No

    Do not list Debtor 1 and Debtor 2.      ☐ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**      ■ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $  1,365.42 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $  0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $  0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $  200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $  0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $  0.00 |

Debtor 1    **EUGENE P DISIMONE**
Debtor 2    **LAURA A DISIMONE**                                          Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 300.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 133.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 280.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 400.00 |
| 10. | **Personal care products and services** | 10. $ | 60.00 |
| 11. | **Medical and dental expenses** | 11. $ | 600.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 1,200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 1,489.00 |
| | 15c. Vehicle insurance | 15c. $ | 280.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **PAY PLAN WITH IRS** | 16. $ | 2,500.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 252.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 306.00 |
| | 17c. Other. Specify:  **SCOOTER PAYMENT** | 17c. $ | 142.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | 19. | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 11,107.42 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 11,107.42 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 8,504.77 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 11,107.42 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -2,602.65 |

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.        Explain here:



| Fill in this information to identify your case: | |
|---|---|
| **Debtor 1** | **EUGENE P DISIMONE** |
| | First Name    Middle Name    Last Name |
| **Debtor 2** (Spouse if, filing) | **LAURA A DISIMONE** |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

**2.1**  **FREEDOM ROAD**
Creditor's Name

P.O. BOX 18218
Reno, NV 89511
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:
**2011 TRIUMPH**

Column A: **$1,028.00**    Column B: **$5,500.00**    Column C: **$0.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Loan secured by**

Last 4 digits of account number    **0315**

**2.2**  **FREEDOM ROAD**
Creditor's Name

P.O. BOX 18218
Reno, NV 89511
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:
**2008 Piaggio scooter**

Column A: **$399.00**    Column B: **$600.00**    Column C: **$0.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Loan secured by**

Last 4 digits of account number    **0323**

---

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   __EUGENE P DISIMONE__
    First Name     Middle Name        Last Name

Debtor 2   __LAURA A DISIMONE__
    First Name     Middle Name        Last Name

Case number (if know)   _____

---

**2.3  UNITED SECURITY FINANCIAL / Lender Live**
Creditor's Name

710 S. Ash Street
SUITE 200
Glendale, CO 80246
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $260,334.00   $225,000.00   $35,334.00

17810 THUNDER RIVER DRIVE
Reno, NV 89508  Washoe County
3 BDRM, 2.5 BATH HOMESTEAD

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   **Promissory note secured by first deed of trust encumbering**

Last 4 digits of account number   5908

---

**2.4  WELLS FARGO DEALER SERVICES**
Creditor's Name

P.O. BOX 51963
Los Angeles, CA 90051
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $8,742.00   $7,000.00   $1,742.00

2004 BMW X5

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Loan secured by**

Last 4 digits of account number   7870

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $270,503.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $270,503.00

---

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name Address
-NONE-

On which line in Part 1 did you enter the creditor?   _____

Last 4 digits of account number   _____

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **EUGENE P DISIMONE** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **LAURA A DISIMONE** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | | | |

| | |
|---|---|
| **INTERNAL REVENUE SERVICE** | Last 4 digits of account number _____    $ **40,965.00**  $ **40,965.00**  $ **$0.00** |
| Priority Creditor's Name | |
| **CENTRALIZED INSOLVENCY CENTER** | When was the debt incurred? _____ |
| **P.O. BOX 7346** | |
| **Philadelphia, PA 19101-7346** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt? Check one.** | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | |
| ■ Check if this claim is for a community debt | **Type of PRIORITY unsecured claim:** |
| **Is the claim subject to offset?** | ☐ Domestic support obligations |
| ■ No | ■ Taxes and certain other debts you owe the government |
| ☐ Yes | ☐ Claims for death or personal injury while you were intoxicated |
| | ☐ Other. Specify |

2013 and 2014 tax

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more

Case 16-50018-btb    Doc 1    Entered 01/07/16 10:51:35    Page 29 of 60

Debtor 1    **EUGENE P DISIMONE**

Debtor 2    **LAURA A DISIMONE**                                        Case number (if know) _____

than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **AMERICAN EXPRESS** | Last 4 digits of account number | **1005** | | $ | **693.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**P.O. BOX 297812**

**FORT LAUDERDALE, FL 33329**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Credit card purchases**

---

| 4.2 | **BEST BUY** | Last 4 digits of account number | **5278** | | $ | **962.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**P.O. BOX 78009**

**Phoenix, AZ 85062**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Credit card purchases**

---

| 4.3 | **Cabela's Club Visa** | Last 4 digits of account number | **7075** | | $ | **1,521.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**P.O. Box 82575**

**Lincoln, NE 68501-2575**

Number Street City State ZIp Code

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

Debtor 1  **EUGENE P DISIMONE**
Debtor 2  **LAURA A DISIMONE**                                                    Case number (if know) _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify          **Credit card purchases**

---

| 4.4 | **CITIBANK / SEARS** | Last 4 digits of account number | **8508** | $ | **7,000.00** |

Priority Creditor's Name
**P.O. BOX 6275**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 | **Dillard's** | Last 4 digits of account number | **3817** | $ | **2,635.00** |

Priority Creditor's Name
**P.O. Box 660553**
**Dallas, TX 75266**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify          **Credit card purchases**

---

| 4.6 | **DISCOVER CARD** | Last 4 digits of account number | **4191** | $ | **1,868.00** |

Priority Creditor's Name
**P.O. BOX 29033**
**Phoenix, AZ 85038**

When was the debt incurred? _____

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page  3 of 10**

Debtor 1  **EUGENE P DISIMONE**
Debtor 2  **LAURA A DISIMONE**                                            Case number (if know) _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify        **Credit card purchases**

---

| 4.7 | **FIRST NATIONAL COLLECTION BUREAU, INC.** | | |
|---|---|---|---|

Priority Creditor's Name
**610 WALTHAM WAY**
**SPARKS, NV 89434**
Number Street City State Zip Code

Last 4 digits of account number   **7570**          $          **0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **COLLECTING ON BEHALF OF CITIBANK USA / SEARS. NOTICE ONLY**

---

| 4.8 | **HOME DEPOT COMMERCIAL** | | |
|---|---|---|---|

Priority Creditor's Name
**P.O. BOX 790411**
**Saint Louis, MO 63179**
Number Street City State Zip Code

Last 4 digits of account number   **1720**          $          **525.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify        **Credit card purchases**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page **4** of 10

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 16-50018-btb    Doc 1    Entered 01/07/16 10:51:35    Page 32 of 60

Debtor 1   **EUGENE P DISIMONE**
Debtor 2   **LAURA A DISIMONE**                                          Case number (if know)  _____

| 4.9 | **HOME DEPOT CREDIT SERVICES** | Last 4 digits of account number _____ | $ 3,397.00 |

Priority Creditor's Name
**P.O. BOX 9001010**
**Louisville, KY 40290**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____Credit card purchases_____

---

| 4.10 | **JOSHUA CAPE** | Last 4 digits of account number _____ | $ 405,000.00 |

Priority Creditor's Name
**1025 Humite Lane**
**Reno, NV 89506**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____SUIT PENDING._____

---

| 4.11 | **LOWE'S** | Last 4 digits of account number 9106 | $ 3,891.00 |

Priority Creditor's Name
**P.O. BOX 530914**
**Atlanta, GA 30353**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

---

Debtor 1  **EUGENE P DISIMONE**
Debtor 2  **LAURA A DISIMONE**                                    Case number (if know) _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit card purchases** _____

---

| 4.12 | **LOWE'S** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**P.O. BOX 530914**
**Atlanta, GA 30353**
Number Street City State Zip Code

Last 4 digits of account number   **0658**      $   **2,558.00**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit card purchases** _____

---

| 4.13 | **NELNET STUDENT LOAN** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**P.O. BOX 82561**
**Lincoln, NE 68501**
Number Street City State Zip Code

Last 4 digits of account number   **1740**      $   **32,901.00**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **STUDENT LOANS** _____

---

| 4.14 | **NORTHERN NEVADA EMERGENCY PHYSICIANS** | | | |
|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number   **8900**      $   **539.00**

---

Debtor 1  **EUGENE P DISIMONE**
Debtor 2  **LAURA A DISIMONE**

Case number (if know) _____

**c/o Intermedix**
**P.O. Box 95728**
**Oklahoma City, OK 73143-5728**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify      **Medical Expenses/Bills**

---

| 4.15 | **PAY PAL** | | Last 4 digits of account number | **4841** | $ | **2,703.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. BOX 960080**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify      **Credit card purchases**

---

| 4.16 | **POTTERY BARN** | | Last 4 digits of account number | **9377** | $ | **155.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. BOX 659705**
**San Antonio, TX 78265**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify      **Credit card purchases**

---

Debtor 1  **EUGENE P DISIMONE**
Debtor 2  **LAURA A DISIMONE**

Case number (if know) _____

| 4.17 | **RENOWN HEALTH** | Last 4 digits of account number | **7746** | $ | **1,683.00** |

Priority Creditor's Name
**P.O. BOX 844134**
**Los Angeles, CA 90084**
Number Street City State Zip Code          When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did
                                      not report as priority claims
■ **No**                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    **MEDICAL SERVICES**

| 4.18 | **RENOWN HEALTH** | Last 4 digits of account number | **4509** | $ | **3.00** |

Priority Creditor's Name
**P.O. BOX 844134**
**Los Angeles, CA 90084**
Number Street City State Zip Code          When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did
                                      not report as priority claims
■ **No**                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    **Medical Expenses/Bills**

| 4.19 | **SCHEEL'S** | Last 4 digits of account number | **7383** | $ | **897.00** |

Priority Creditor's Name
**1620 DODGE STREET**
**Omaha, NE 68197**
Number Street City State Zip Code          When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Debtor 1  **EUGENE P DISIMONE**
Debtor 2  **LAURA A DISIMONE**                                                    Case number (if know) _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card purchases

---

| 4.20 | **TIRES PLUS** | Last 4 digits of account number | 5816 | $ | 625.00 |

Priority Creditor's Name
**CFNA**
**P.O. BOX 81344**
**Cleveland, OH 44188**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card purchases

---

| 4.21 | **USAA FEDERAL SAVINGS BANK** | Last 4 digits of account number | 6645 | $ | 4,457.00 |

Priority Creditor's Name
**10750 MCDERMOTT FREEWAY**
**SAN ANTONIO, TX 78288-0504**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card purchases

---

| 4.22 | **WALMART** | Last 4 digits of account number | 5098 | $ | 3,856.00 |

Priority Creditor's Name

---

Debtor 1  **EUGENE P DISIMONE**
Debtor 2  **LAURA A DISIMONE**

Case number (if know) _____

**P.O. BOX 530927**
**Atlanta, GA 30353**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name Address
-NONE-

**On which entry in Part 1 or Part2 did you list the original creditor?**

Line  of (Check one):       Part 1: Creditors with Priority Unsecured Claims
                            Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 40,965.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ | 40,965.00 |
| | | | | | Total Claim |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 32,901.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 444,968.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ | 477,869.00 |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

# B 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or  passport).<br><br>Bring your picture identification to your meeting with the trustee. | EUGENE<br>First name<br><br>P<br>Middle name<br><br>DISIMONE<br>Last name and Suffix (Sr., Jr., II, III) | LAURA<br>First name<br><br>A<br>Middle name<br><br>DISIMONE<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9682 | xxx-xx-2320 |

Debtor 1   EUGENE P DISIMONE
Debtor 2   LAURA A DISIMONE                                         Case number (if known) _____

## Part 6:   Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ EUGENE P DISIMONE | /s/ LAURA A DISIMONE |
|---|---|
| EUGENE P DISIMONE | LAURA A DISIMONE |
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on   **January 7, 2016**            Executed on   **January 7, 2016**
               MM / DD / YYYY                              MM / DD / YYYY